United States District Court
Southern District of Texas
**ENTERED**
July 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TINA CROWDER, on Behalf of Herself and on Behalf of All Others Similarly Situated | § § § § | CIVIL ACTION NO. 4:17-cv-01660 |
| Plaintiff, | § § | |
| V. | § § | |
| CIGNA CORPORATION, CIGNA HEALTHCARE OF TEXAS, INC., HEALTHSPRING LIFE & INSURANCE COMPANY, INC., AND CIGNA HEALTH SPRING, LLC, | § § § § § § | |
| Defendant. | | |

## ORDER

This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiff Tina Crowder and Defendants Cigna Corporation, Cigna Healthcare of Texas, Inc., Healthspring Life & Insurance Company, Inc., and Cigna Health Spring, LLC. The Stipulation is hereby **GRANTED,** and this matter is dismissed without prejudice.

ENTERED this _____ day of July 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

1