United States District Court
Southern District of Texas
**ENTERED**
February 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TINA CROWDER, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>CIGNA CORPORATION, CIGNA HEALTHCARE OF TEXAS, INC., HEALTHSPRING LIFE & INSURANCE COMPANY, INC., AND CIGNA HEALTH SPRING, LLC,<br><br>Defendants. | CIVIL ACTION NO. 4:17-cv-01660 |

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to that stipulation, this case is **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs.

ENTERED this 5th day of February 2019.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

1